**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ILENE MASON,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-03353-BLF<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS EXPERIAN INFORMATION SOLUTIONS, INC., WELLS FARGO & COMPANY, AND WELLS FARGO CARD SERVICES, INC.** |

On March 22, 2017, Plaintiff filed notices of settlement with Experian Information Solutions, Inc., Wells Fargo & Company, and Wells Fargo Card Services, Inc. (ECF 47, 48, 49), stating that the parties expected to finalize the settlements within thirty days. More than thirty days has elapsed and Plaintiff has neither filed notices of dismissal nor indicated that additional time is necessary to finalize the settlements. Plaintiff is hereby ordered to show cause in writing and on or before May 9, 2017 why the Court should not dismiss Experian and the Wells Fargo defendants. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against Experian and the Wells Fargo defendants and will issue an order of dismissal without further notice.

**IT IS SO ORDERED.**

Dated: April 25, 2017

                                                        _____<br>
BETH LABSON FREEMAN<br>
United States District Judge